UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CONSUMER FINANCIAL PROTECTION
BUREAU and THE PEOPLE OF THE STATE
OF NEW YORK, by LETITIA JAMES,
Attorney General of the State of New York,

                Plaintiffs,      No. 23 Civ. 0038 (JHR)

      v.

CREDIT ACCEPTANCE CORPORATION,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher R. Fredmonski, an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and a member of the Bar of this Court, hereby enters his appearance in this action on behalf of Defendant Credit Acceptance Corporation.

Dated: New York, New York
       January 13, 2023

                              /s/ Christopher R. Fredmonski
                            Christopher R. Fredmonski
                            SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                            One Manhattan West
                            New York, New York 10001
                            Phone: (212) 735-3275
                            christopher.fredmonski@skadden.com

                            *Attorney for Defendant*
                            *Credit Acceptance Corporation*