UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, | : : : : : |
| Plaintiffs, | : |
| v. | : : : |
| CREDIT ACCEPTANCE CORPORATION, | : : |
| Defendant. | : |

No. 23 Civ. 0038 (JHR)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Credit Acceptance Corporation ("Credit Acceptance"), a nongovernmental corporate party, certifies the following:

1. Credit Acceptance is a publicly held corporation with no parent corporation.

2. No publicly held corporation owns 10% or more of Credit Acceptance's stock.

3. Credit Acceptance's subsidiaries are: Buyers Vehicle Protection Plan, Inc., CAC International Holdings, LLC, CAC of Canada Company, CAC Reinsurance, Ltd., CAC Scotland, CAC Warehouse Funding LLC II, CAC Warehouse Funding LLC IV, CAC Warehouse Funding LLC V, CAC Warehouse Funding LLC VI, CAC Warehouse Funding LLC VIII, Credit Acceptance Auto Loan Trust 2019-3, Credit Acceptance Auto Loan Trust 2020-1, Credit Acceptance Auto Loan Trust 2020-2, Credit Acceptance Auto Loan Trust 2020-3, Credit Acceptance Auto Loan Trust 2021-2, Credit Acceptance Auto Loan Trust 2021-3, Credit Acceptance Auto Loan Trust 2021-4, Credit Acceptance Auto Loan Trust 2022-1, Credit Acceptance Auto Loan Trust 2022-3, Credit Acceptance Auto Loan Trust 2023-1, Credit

Acceptance Corporation of South Dakota, Inc., Credit Acceptance Funding LLC 2018-1, Credit Acceptance Funding LLC 2018-2, Credit Acceptance Funding LLC 2018-3, Credit Acceptance Funding LLC 2019-1, Credit Acceptance Funding LLC 2019-2, Credit Acceptance Funding LLC 2019-3, Credit Acceptance Funding LLC 2020-1, Credit Acceptance Funding LLC 2020-2, Credit Acceptance Funding LLC 2020-3, Credit Acceptance Funding LLC 2021-1, Credit Acceptance Funding LLC 2021-2, Credit Acceptance Funding LLC 2021-3, Credit Acceptance Funding LLC 2021-4, Credit Acceptance Funding LLC 2022-1, Credit Acceptance Funding LLC 2022-2, Credit Acceptance Funding LLC 2022-3, Credit Acceptance Funding LLC 2023-1, Chapter 4 Properties, LLC, Vehicle Remarketing Services, Inc., and VSC Re Company.

4. Credit Acceptance has no other corporate affiliates.

Dated: New York, New York
January 13, 2023

Respectfully submitted,

/s/ Patrick G. Rideout
Patrick G. Rideout
Jeffrey S. Geier
Christopher R. Fredmonski
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3275
patrick.rideout@skadden.com
jeffrey.geier@skadden.com
christopher.fredmonski@skadden.com

Anand S. Raman (*pro hac vice* forthcoming)
Darren M. Welch (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 371-7000
anand.raman@skadden.com
darren.welch@skadden.com

*Attorneys for Defendant*
*Credit Acceptance Corporation*