UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York, | : : : : : | |
| Plaintiffs, | : : | No. 23 Civ. 0038 (JHR) |
| v. | : : : | |
| CREDIT ACCEPTANCE CORPORATION, | : : : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the Complaint filed on January 4, 2023 (ECF No. 1), the Memorandum of Law, dated March 14, 2023, filed herewith; the Declaration of Patrick G. Rideout, dated March 14, 2023, and the exhibit attached thereto, filed herewith; and upon all prior papers and proceedings herein, defendant Credit Acceptance Corporation will move this Court, before the Honorable Jennifer H. Rearden, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint in its entirety with prejudice and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court-ordered briefing schedule entered on March 13, 2023 (ECF No. 32), Plaintiffs' answering memorandum of law, if any, must be served on or before May 15, 2023.

Dated: New York, New York
March 14, 2023

Anand S. Raman (*pro hac vice*)
Darren M. Welch (*pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
anand.raman@skadden.com
darren.welch@skadden.com

 /s/ Patrick G. Rideout
Patrick G. Rideout
Jeffrey S. Geier
Christopher R. Fredmonski
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
patrick.rideout@skadden.com
jeffrey.geier@skadden.com
christopher.fredmonski@skadden.com

*Attorneys for Defendant*
*Credit Acceptance Corporation*