# Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
www.skadden.com

DIRECT DIAL
(212) 735-2702
EMAIL ADDRESS
PATRICK.RIDEOUT@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

May 16, 2024

**BY ECF**
Hon. Jennifer H. Rearden
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *CFPB v. Credit Acceptance Corp.*, No. 23 Civ. 0038 (JHR)

Dear Judge Rearden:

We represent defendant Credit Acceptance Corporation ("Credit Acceptance") in the above-referenced action and write to provide an update pursuant to the Court's August 7, 2023 Memorandum Opinion & Order. (*See* ECF No. 64 (the "Stay Order").) In the Stay Order, the Court granted Credit Acceptance's motion to stay this action pending the U.S. Supreme Court's decision in *Consumer Financial Protection Bureau v. Community Financial Services Association of America, Ltd.*, No. 22-448 ("*CFSA*").

Earlier today, the Supreme Court issued its decision in *CFSA* and held that the Consumer Financial Protection Bureau's ("CFPB") funding mechanism satisfies the Appropriations Clause of the U.S. Constitution. (*See CFSA*, slip op. at 1, 5.) Accordingly, Credit Acceptance withdraws the portion of its pending motion to dismiss that challenges the constitutionality of the CFPB's funding structure. (*See* ECF No. 35 at 27 (Argument I).) Otherwise, Credit Acceptance respectfully submits that the remaining arguments in its motion to dismiss continue to support

Hon. Jennifer H. Rearden
May 16, 2024
Page 2

dismissal of the Complaint in its entirety for failure to state a claim upon which relief can be granted.  (*See* ECF Nos. 35, 58.)

        A copy of the *CFSA* decision is attached for the Court's reference.

        Respectfully submitted,

        */s/ Patrick G. Rideout*

        Patrick G. Rideout

cc:    All Counsel of Record (by ECF)