

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



1700 G Street NW, Washington, D.C. 20552

June 27, 2024

Hon. Jennifer H. Rearden, United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *CFPB v. Credit Acceptance Corp.*, No. 1:23-cv-00038

Dear Judge Rearden:

    Plaintiffs, the Consumer Financial Protection Bureau and the New York Attorney General's Office, write to respectfully request that the stay of this case be lifted.

    The Court ordered on August 7, 2023 that this case be stayed pending the Supreme Court's ruling in *CFPB v. Community Financial Services Ass'n of Am., Ltd.*, No. 22-448. *See* ECF No. 64. The Supreme Court has now issued its decision in that case. *See* 2024 WL 2193873 (U.S. May 16, 2024) ("*CFSA*"). In *CFSA*, the Supreme Court upheld the validity of the Bureau's method of funding and rejected the challengers' arguments that the method of funding violates the Appropriations Clause. Accordingly, in light of the Supreme Court's decision and the terms of this Court's stay order, Plaintiffs respectfully submit that the basis for the stay of this case has now passed and the stay should be lifted.

    With respect to Defendant's motion to dismiss, Defendant filed a letter withdrawing the portion of the motion that challenged the constitutionality of the CFPB's funding structure. *See* ECF No. 69.  After consulting with Defendant's counsel, Defendant informed Plaintiffs that it has no objection to the Court considering the remaining portion of its motion to dismiss but

consumerfinance.gov

respectfully submits that other activity in the case is not appropriate during the pendency of the motion.

    Sincerely,

    */s/ Phillip Harris*

    Vanessa Buchko
    Phillip Harris
    Amy Mix
    *Enforcement Attorneys, Consumer Financial Protection Bureau*

    1700 G Street, NW
    Washington, DC 20552
    Telephone (Buchko): 202-295-7246
    Telephone (Harris): 202-285-7439
    Telephone (Mix): 202-256-1850
    Fax: 202-435-7722
    E-mail: Vanessa.Buchko@cfpb.gov
    E-mail: Phillip.Harris@cfpb.gov
    E-mail: Amy.Mix@cfpb.gov

    Attorneys for Plaintiff Consumer Financial Protection Bureau

    By:  */s/ Christopher L. Filburn (with consent)*
    Christopher L. Filburn
    *Assistant Attorney General Bureau of Consumer Frauds & Protection*
    *Office of New York State Attorney General*

    28 Liberty Street, 20th Floor
    New York, New York 10005
    Tel.: 212.416.8303
    Email: christopher.filburn@ag.ny.gov

    Attorney for Plaintiff State of New York Office of the Attorney General