UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>                Plaintiffs,<br><br>                v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>                Defendant. | Case No. 1:23-CV-00038 (JHR) |

**CONSENT MOTION BY PLAINTIFF CONSUMER
FINANCIAL PROTECTION BUREAU TO WITHDRAW AS A PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff Consumer Financial Protection Bureau (Bureau) respectfully requests that this Court drop the Bureau as a Plaintiff in this action. Counsel for the Bureau conferred with counsel for Plaintiff State of New York and Defendant Credit Acceptance Corporation. Counsel for Defendant indicated that it consents to this motion. Counsel for Plaintiff State of New York indicated that New York does not object to the motion.

Dated: April 24, 2025

Respectfully submitted,

MARK PAOLETTA
Chief Legal Officer

VICTORIA DORFMAN
Senior Legal Advisor

CARA PETERSEN
Acting Enforcement Director

MICHAEL POSNER
Assistant Deputy Enforcement Director

/s/ Vanessa Buchko
Vanessa Buchko
Phillip Harris
Amy Mix
Natalie Neill
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Buchko): 202-295-7246
Telephone (Harris): 202-285-7439
Telephone (Mix): 202-256-1850
Fax: 202-435-7722
E-mail: Vanessa.Buchko@cfpb.gov
E-mail: Phillip.Harris@cfpb.gov
E-mail: Amy.Mix@cfpb.gov
Email: Natalie.Neill@cfpb.gov

Attorneys for Plaintiff
Consumer Financial Protection Bureau