UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>        Plaintiffs,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>        Defendant. | Case No. 1:23-CV-00038 (JHR) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION BY PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU TO WITHDRAW AS A PLAINTIFF**

The consent motion of Plaintiff Consumer Financial Protection Bureau to be dropped as a party in the above-styled action is hereby GRANTED.

It is hereby ORDERED that Plaintiff Consumer Financial Protection Bureau (Bureau) is no longer a plaintiff in this action.

It is further ORDERED that the appearances of all counsel for the Bureau (ECF Nos. 19, 23, 24, 85) are withdrawn.

Dated: _____

                                                                       Hon. Jennifer H. Rearden
                                                                       United States District Judge