UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>      Plaintiffs,<br><br>    v.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>      Defendant. | Case No. 1:23-CV-00038 (JHR) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION BY PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU TO WITHDRAW AS A PLAINTIFF**

  The consent motion of Plaintiff Consumer Financial Protection Bureau to be dropped as a party in the above-styled action is hereby GRANTED.

  It is hereby ORDERED that Plaintiff Consumer Financial Protection Bureau (Bureau) is no longer a plaintiff in this action.

  It is further ORDERED that the appearances of all counsel for the Bureau (ECF Nos. 19, 23, 24, 85) are withdrawn.

The Clerk of Court is directed to terminate ECF No. 86.

Dated: April 29, 2025

                _/s/ Jennifer H. Rearden_
                Hon. Jennifer H. Rearden
                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2025