SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2702
EMAIL ADDRESS
PATRICK.RIDEOUT@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

April 3, 2026

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

RE:     *New York v. Credit Acceptance Corp.*, No. 23-CV-0038 (JMF)

Dear Judge Furman:

On behalf of Credit Acceptance Corporation ("Credit Acceptance") and with the consent of the Office of the New York State Attorney General, we write pursuant to the Court's Order dated February 6, 2026 (ECF No. 90) to provide a joint update on the status of the case. Since the parties' last update on February 5, 2026 (ECF No. 89), the parties have continued their efforts to resolve this case via settlement, with the latest draft of definitive terms exchanged on March 30, 2026.

The parties believe that a continued adjournment of all proceedings in this case will promote judicial economy, conserve the resources of the parties and the Court, and allow the parties to focus their efforts on finalizing a definitive settlement agreement. Accordingly, the parties respectfully request that the Court extend the adjournment of all proceedings in this case by another 60 days, and allow the parties to submit another status update to the Court by June 5, 2026.

Respectfully submitted,

 /s/ Patrick G. Rideout

Patrick G. Rideout

cc:     All counsel of record (by ECF)