STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

JANE M. AZIA
BUREAU CHIEF
CONSUMER FRAUDS & PROTECTION BUREAU

September 17, 2026

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

*People v. Credit Acceptance Corp.*, No. 23 Civ. 0038 (JMF)

Dear Judge Furman,

Plaintiff People of the State of New York, by Letitia James, Attorney General of the State of New York (the "OAG"), and Defendant Credit Acceptance Corporation ("Credit Acceptance") write jointly to move the Court to re-open the above-captioned matter and so-order the parties' proposed Consent Order and Judgment, filed alongside this letter-motion.

The above-captioned matter was filed as a plenary action by the OAG and the federal Consumer Financial Protection Bureau (the "CFPB") on January 4, 2023. The parties fully briefed a motion to dismiss as of June 14, 2023, and the matter was subsequently stayed on August 7, 2023, pending certain disputes before the United States Supreme Court. On July 1, 2024, the parties were ordered to file revised motion to dismiss papers, which were fully briefed as of October 30, 2024. The CFPB's subsequent motion to withdraw as plaintiff in this matter was granted on April 29, 2025. On January 28, 2026, this matter was reassigned to Your Honor.

On February 5, 2026, and again on April 3, 2026 and June 5, 2026, the parties advised Your Honor of ongoing settlement discussions. On June 5, 2026, the Court dismissed this action while expressly granting leave to move to reopen, within sixty days, to continue litigation or settle the matter. On July 23, 2026, the parties requested, and Your Honor so ordered, a request to extend the deadline for any motion to reopen by an additional forty-five days.

The parties now respectfully move the Court to reopen this matter and enter the proposed Consent Order and Judgment, which is the result of the parties' arms' length settlement

negotiations, and which will result in the dismissal of this matter with prejudice but with the Court retaining jurisdiction to enforce the Consent Order and Judgment. The parties advise that, consistent with Your Honor's Individual Rules and Practices in Civil Cases, the publicly filed Consent Order and Judgment reflects the entirety of the parties' settlement agreement.

Respectfully submitted,

Christopher L. Filburn
Senior Enforcement Counsel
christopher.filburn@ag.ny.gov
212.416.8303

cc (by ECF): Counsel of Record